UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS R. HYSELL,

    Petitioner,

v.

WARDEN, ROSS
CORRECTIONAL INSTITUTION,

    Respondent.

Case No. 2:16–cv–00139
JUDGE MICHAEL H. WATSON
Magistrate Judge King

### ORDER

On October 24, 2016, the Magistrate Judge recommended that Respondent's Motion to Dismiss, ECF No. 12, be granted and that this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. § 2244(d). Report and Recommendation ("R&R"), ECF No. 16. Although the parties were advised of their right to object to the R&R, and of the consequences of failing to do so, no objections have been filed.

The R&R, ECF No. 16, is **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss, ECF No. 12, is **GRANTED**. This action is hereby **DISMISSED**. The Clerk is **DIRECTED** to enter FINAL JUDGMENT.

MICHAEL H. WATSON, Judge
United States District Court